UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN DUQUE, | No. 2:20-cv-1974-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ADAM RYAN, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  The court previously informed him that to proceed with a civil action, he must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and required by 28 U.S.C. § 1915(a).  ECF No. 3.  In response, plaintiff filed a partial and unsigned application for leave to proceed in forma pauperis.  ECF No. 4.  The unsigned filing must be disregarded.  *See* Fed. R. Civ. P. 11(a).

If plaintiff wishes to proceed, he must submit either the filing fee or a properly signed and completed application required by § 1915(a) within 30 days from the date of service of this order.  The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis  Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated:  November 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE